1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  NEILL T. TSENG (CSBN 220348)
   Assistant United States Attorney
4
       450 Golden Gate Avenue, Box 36055
5      San Francisco, California 94102-3495
       Telephone: (415) 436-7155
6      FAX: (415) 436-6927
       neill.tseng@usdoj.gov
7
   Attorneys for Defendant
8  JULIE SALCIDO

9
                          UNITED STATES DISTRICT COURT
10
                         NORTHERN DISTRICT OF CALIFORNIA
11
                              SAN FRANCISCO DIVISION
12

13  BENJAMIN ROBINSON,                )   No. C 10-0409 WHA
                                      )
14       Plaintiff,                   )   **STIPULATION AND ORDER**
                                      )   **CONTINUING INITIAL CASE**
15       v.                           )   **MANAGEMENT CONFERENCE**
                                      )
16  JULIE SALCIDO; DOES 1 THROUGH 10, )
                                      )
17       Defendants.                  )
    ─────────────────────────────────── )
18
         Subject to the approval of the Court, the parties hereby stipulate that the initial case
19
    management conference (the "initial CMC"), currently set for June 17, 2010, at 11:00 a.m., will
20
    be continued to July 15, 2010, at 11:00 a.m.  This is the first request to change the date of the
21
    initial CMC.  This request is made because the United States Attorney's Office for the Northern
22
    District of California has been recused from this action.  Defendant will instead be represented
23
    by the United States Attorney's Office for the Central District of California.  The parties
24
    stipulate to the requested continuance so that the United States Attorney's Office for the Central
25
    District of California will have time to appoint a Special Attorney to appear on behalf of
26
    defendant and so that the Special Attorney will have sufficient time to prepare for the initial case
27
    //
28

STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE
C 10-0409 WHA

management conference and deadlines associated therewith.

DATED:   May 27, 2010              By:           /s/
                                            MICHAEL S. SORGEN
                                            Attorney for Plaintiff


                                            JOSEPH P. RUSSONIELLO
                                            United States Attorney

DATED:   May 27, 2010              By:           /s/
                                            NEILL T. TSENG
                                            Assistant United States Attorney
                                            Attorneys for Defendant

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

DATED:   June 2, 2010.             _____
                                            HONORABLE
                                            UNITED ST

APPROVED
Judge William Alsup

STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE
C 10-0409 WHA